# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Middle District of Florida**

**Lucy Weiss, et al.**

Plaintiff(s),

vs.

**Blue Water Development Corp., d/b/a Comfort Inn & Suites Daytona Beach Oceanfront, et al.**

Defendant(s).

Attorney: Robert S. Mactavish, Esq.

LLG National Law Group
3003 North Central Ave., #685
Phoenix AZ 85012

*362752*

**Case Number: 6:26-cv-01416-GAP-LHP**

Legal documents received on **09/16/2026** at **7:37 AM** to be served upon **Choice Hotels International Inc., by serving The United States Corporation Company at 7 St. Paul St., #905, Baltimore, MD 21202**

I, **Richard Fradkin**, swear and affirm that on **September 16, 2026** at **2:12 PM**, I did the following:

Served **Choice Hotels International Inc., by serving The United States Corporation Company** by delivering a conformed copy of the **Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; Instructions for Attorneys Completing Civil Cover Sheet Form JS 44** to **"Jane Doe"** as **CSC Rep & Authorized Agent** of **Choice Hotels International Inc., by serving The United States Corporation Company** at **7 St. Paul St., #905, Baltimore, MD 21202**.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:** Process server was informed per a new policy of CSC that the name of the CSC representative who accepts on behalf of the defendant would no longer be provided. The CSC representative however confirmed she is authorized to accept service.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 9/16/26

**Richard Fradkin**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:362752