AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-01416

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Blue Water Development corp., d/b/a Comfort Inn & Suites Daytona Beach Oceanfront, and Choice hotels.

was received by me on *(date)* 9-23-26 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ashley Church , who is designated by law to accept service of process on behalf of *(name of organization)* Blue Water Development Corp., as Chief People Officer on *(date)* 9-23-26 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-24-26

[signature]
*Server's signature*

Frank Liuzzi - Process Server
*Printed name and title*

212 S. Bradford St. Seaford DE 19973
*Server's address*

Additional information regarding attempted service, etc: